UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| California Sportfishing Protection Alliance<br><br>Plaintiff(s)<br>v.<br><br>West Contra Costa Sanitary Landfill, et. al<br><br>Defendant(s) | CASE No C 3:25-cv-08203-TSH<br><br>STIPULATION AND [PROPOSED]<br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☒ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☐ **Private ADR** (*specify process and provider*)

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

☒ other requested deadline: July 15, 2026

Date: 12/16/25            Andrew L. Packard
                          Attorney for Plaintiff
Date: 12/16/25            Scott Gordon
                          Attorney for Defendants

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE:

_____
U.S. MAGISTRATE JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-15-2019*