ERICA A. MAHARG (Bar No. 279396)
Email: eam@atalawgroup.com
AQUA TERRA AERIS LAW GROUP
8 Rio Vista Ave.
Oakland, CA 94611
Telephone: (415) 568-5200

ANDREW L. PACKARD (Bar No. 168690)
Email: andrew@packardlawoffices.com
LAW OFFICES OF ANDREW L. PACKARD
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Telephone: (707) 782-4060

**Attorneys for Plaintiff**
*California Sportfishing*
*Protection Alliance*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>               Plaintiff,<br><br>    vs.<br><br>WEST CONTRA COSTA SANITARY LANDFILL, INC.; WEST COUNTY LANDFILL, INC.; REPUBLIC SERVICES, INC.; KEN LEWIS; BRENT BEVERIDGE; and BEN WADE,<br><br>               Defendants. | Case No.: 3:25-cv-08203<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE SELECTION OF ALTERNATIVE MAGISTRATE AND DATE(S) FOR SETTLEMENT CONFERENCE**<br>**AS MODIFIED BY COURT**<br>Judge: Hon. Thomas S. Hixson |

Stipulation and Proposed Order
Re Settlement Conference

Case No. 3:25-cv-08203

**WHEREAS**, on December 31, 2025 the Court ordered this case to a settlement conference by July 15, 2026, and on January 5, 2026 the case was randomly referred to the Honorable Magistrate Judge Kandis A. Westmore for settlement;

**WHEREAS**, on January 8, 2026 the Parties indicated in their Joint Case Management Conference Statement that they would like to change magistrate judges for the conference and were conferring as to which magistrate judge they would select;

**AND WHEREAS**, on January 9, 2026 the Court indicated that it "will permit this change if the parties file a stipulation and proposed order, but the settlement conference must take place prior to the deadline to file dispositive motions [June 24, 2027]" (Dkt. 18);

**THEREFORE, IT IS HEREBY STIPULATED** by and among the Parties that they have chosen the Honorable Magistrate Judge Laurel Beeler to preside over the Settlement Conference and, consistent with Magistrate Beeler's *Standing Order for Settlement Conferences,* dated July 14, 2025, would like to have the settlement conference set as follows: on or before April 1, 2026[1] Magistrate Beeler shall hold a scheduling conference to set the Settlement Conference in early September, or as soon thereafter as practicable.

Respectfully submitted,

Dated: January 23, 2026

LAW OFFICES OF ANDREW L. PACKARD
By: /s/ Andrew L. Packard
Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

Dated: January 23, 2026

LAW OFFICES OF SCOTT W. GORDON

By: /s/ Scott W. Gordon
Attorneys for Defendants
WEST CONTRA COSTA SANITARY LANDFILL, INC.; WEST COUNTY LANDFILL, INC.; REPUBLIC SERVICES, INC.; KEN LEWIS; BRENT BEVERIDGE; and BEN WADE

---

[1] The Parties would like to schedule the conference in early September and are mindful of the statement, in Magistrate Beeler's *Standing Order* that "[t]he court's calendar is typically booked 120 days in advance, but earlier dates may be accommodated if suitable for the case."

**ATTESTATION FOR E-FILING**

I hereby attest pursuant to Civil L.R. 5-1(i) (3) that I have obtained concurrence in the filing of this document from the above Signatory prior to filing.

Dated: January 23, 2026                              By: /s/ Andrew L. Packard

**ORDER**

Pursuant to the parties' Stipulation, and good cause appearing, the Court orders the following:

(1) this case is referred to Magistrate Judge Laurel Beeler for settlement;

(2) ~~on or before April 1, 2026, Magistrate Beeler shall hold a scheduling conference to set the Settlement Conference in early September, or as soon thereafter as practicable.~~ The parties shall direct any requests concerning timing to Judge Beeler.

**IT IS SO ORDERED.**

Date: ___January 23, 2026___                              By: _____
                                                          The Hon. Thomas S. Hixson
                                                          United States Magistrate Judge

Stipulation and Proposed Order
Re Settlement Conference                                   Case No. 3:25-cv-08203