ERICA A. MAHARG (Bar No. 279396)
Email: eam@atalawgroup.com
AQUA TERRA AERIS LAW GROUP
8 Rio Vista Ave.
Oakland, CA 94611
Telephone: (415) 568-5200

ANDREW L. PACKARD (Bar No. 168690)
Email: andrew@packardlawoffices.com
LAW OFFICES OF ANDREW L. PACKARD
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Telephone: (707) 782-4060

**Attorneys for Plaintiff**
*California Sportfishing Protection Alliance*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br>Plaintiff,<br>vs.<br>WEST CONTRA COSTA SANITARY LANDFILL, INC.; WEST COUNTY LANDFILL, INC.; REPUBLIC SERVICES, INC.; KEN LEWIS; BRENT BEVERIDGE; and BEN WADE,<br>Defendants. | Case No.: 3:25-cv-08203<br>**~~[PROPOSED]~~ ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS BEN WADE, BRENT BEVERIDGE, KEN LEWIS and REPUBLIC SERVICES, INC.**<br>Judge: Hon. Thomas S. Hixson |

The Court having entered the Consent Decree resolving all claims in this action on October 20, 2026, and the Consent Decree providing that the claims and causes of action asserted against certain individual and entity defendants shall dismissed with prejudice;

**IT IS HEREBY ORDERED** that all claims asserted in this action against the following four (4) Defendants are DISMISSED WITH PREJUDICE:

1. Ben Wade
2. Brent Beveridge
3. Ken Lewis
4. Republic Services, Inc.

This dismissal does not affect the Court's ongoing jurisdiction over the remaining defendants bound by the terms and structural compliance measures set forth in the Consent Decree.

**IT IS SO ORDERED.**

Dated: October 29, 2026

Hon. Thomas S. Hixson
United States Magistrate Judge